UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

MOHAMMAD QASEM ABUNAMEH,  :

                                     :

                   Plaintiff,  :

                                       :           1:24-cv-9882-GHW

        -against-  :

                                       :              <u>ORDER</u>

KUWAIT PROJECTS COMPANY, *et al.*,  :

                                       :

                   Defendants.  :

------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      The complaint in this case alleges that each defendant is located outside of the United States, and lists New Jersey as the place of occurrence. Dkt. No. 1. Accordingly, on January 13, 2025, the Court ordered Plaintiff to show cause why this case should not be transferred to the District of New Jersey or, in the alternative, requested that Plaintiff submit a letter stating that he consents to the transfer of this action to the District of New Jersey. Dkt. No. 5. On January 27, 2025, Plaintiff submitted a letter consenting to the transfer of this action to the District of New Jersey. Dkt. No. 7. Accordingly, the Court transfers this case to the United States District Court for the District of New Jersey.

      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

      The Clerk of Court is directed to transfer this case to the United States District Court for the District of New Jersey without delay.

      SO ORDERED.

Dated: January 30, 2025
      New York, New York

                                      GREGORY H. WOODS
                               United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/2025